UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
PARACO GAS CORPORATION,
JOSEPH ARMENTANO and
CHRISTINA ARMENTANO,

                                                 Plaintiffs,

     – against –

IRONSHORE INDEMNITY, INC.,

                                                 Defendant.
-------------------------------------------------------------------------x

**ORDER**

No. 21-cv-3543 (CS)

Seibel, J.

     For the reasons set forth on the record today, Defendant's motion to dismiss is GRANTED. The Clerk of Court shall terminate the pending motion, (Doc. 9), and close the case.

**SO ORDERED.**

Dated: September 1, 2021
       White Plains, New York

                                                                 _____
                                                                 CATHY SEIBEL, U.S.D.J.