**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PARACO GAS CORPORATION,
JOSEPH ARMENTANO and
CHRISTINA ARMENTANO,

                        Plaintiffs,                  21 **CIVIL** 3543 (CS)

        -against-                                    **JUDGMENT**

IRONSHORE INDEMNITY, INC.,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2021, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           September 1, 2021

                                                           **RUBY J. KRAJICK**
                                                                _____
                                                                      Clerk of Court
                                                    **BY:**
                                                                      Deputy Clerk